**J. BENNETT FRIEDMAN, ESQ.**, State Bar No. 147056
  *jfriedman@flg-law.com*
**MICHAEL SOBKOWIAK, ESQ.**, State Bar No. 242718
  *msobkowiak@flg-law.com*

**FRIEDMAN LAW GROUP, P.C.**
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

Attorneys for Appellants
JEFFREY A. RINDE, and CKR GLOBAL
ADVISORS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Dist. Ct. Case No. CV17-08377 DOC(GJSx) |
| MARK ELIAS CRONE, | Case No. 2:17-bk-12392-BR |
| | Chapter 7 |
| Debtor. | Hon. Barry Russell |
| _____ | Adv. No. 2:17-ap-01289-BR |
| JEFFREY A. RINDE and CKR GLOBAL ADVISORS, INC., | **APPELLANTS JEFFREY A. RINDE AND CKR GLOBAL ADVISORS, INC.'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** |
| Appellants, | Assigned to: Hon. David O. Carter |
| v. | |
| GARY GORHAM. | |
| Appellee. | |
| _____ | |

MOTION TO DISMISS APPEAL

Plaintiffs-Appellants Jeffrey A. Rinde and CKR Global Advisors, Inc. (collectively, "Appellants") hereby move the Court, pursuant to Federal Bankruptcy Rule of Procedure 8023, to dismiss this appeal. In support of this motion, Appellants state as follows:

1. On November 15, 2017, Appellants filed their *Notice of Appeal and Statement of Election*, appealing an order of the Bankruptcy Court awarding Appellee Gary Gorham ("Appellee") attorneys' fees and costs in the total sum of $85,900.32 arising out of an Anti-SLAPP motion to strike an action transferred from the United States Bankruptcy Court for the Southern District of New York (the "Appeal");

2. On January 12, 2018, the Court entered its Order referring the Appeal to a settlement conference before a magistrate judge [Docket No. 13].

3. A settlement conference was conducted on June 18, 2018 before the Honorable Gail T. Standish.

4. Further settlement conferences were conducted on May 30, 2018 and June 18, 2018.

5. Settlement discussions concerned the Appeal, and litigation beyond the scope of the Appeal.

6. Despite the diligent efforts of Judge Standish, no settlement was reached.

Federal Rule of Bankruptcy Procedure 8023 provides that

> [t]he clerk of the district court . . . must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due. An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the district court . . . .

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Appellants move for voluntary dismissal of the Appeal.

Additionally, Appellants request an order that each side bear his or its own costs. No appeal briefs have been filed by either side. On June 26, 2017, the undersigned counsel for the Appellants wrote counsel for Appellee and proposed to file a stipulation for dismissal of the Appeal, with each side to bear his or its own costs. No response to Appellants' proposal has been received through the filing of this Motion.

Based on the foregoing, Appellants request that the Court grant the voluntary dismissal of the Appeal, with each side to bear his or its own costs.

Respectfully submitted,

Dated: July 27, 2018

FRIEDMAN LAW GROUP, P.C.

By: _____
J. Bennett Friedman, Esq.
Attorneys for Appellants
Jeffrey A. Rinde and CKR Global Advisors

- 3 -

MOTION TO DISMISS APPEAL

**PROOF OF SERVICE**

I am a resident of, or employed in, the County of Los Angeles. I am over the age of 18 and not a party to this action. My business address is 1900 Avenue of the Stars, 11th Fl., Los Angeles, CA 90067.

July 27, 2018, I served the document(s) entitled **APPELLANTS JEFFREY A. RINDE AND CKR GLOBAL ADVISORS, INC.'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** on the parties listed below by the following method:

- **J Bennett Friedman**
  jfriedman@flg-law.com,jmartinez@flg-law.com,msobkowiak@flg-law.com
- **Michael Sobkowiak**
  msobkowiak@flg-law.com,jmartinez@flg-law.com,jfriedman@flg-law.com
- **Scott J Tepper**
  scottjtepper@msn.com

☒ **BY COURT VIA NEF.** By the Court via hyperlink to the document(s) sent to the individuals listed on the attached Service List.

Executed on July 27, 2018 at Los Angeles, California.

☐ **STATE.** I declare under penalty of perjury and under the laws of California and the United States of America that the foregoing is true and correct.

☒ **FEDERAL.** I declare that I am employed in the office of a member of the Bar of this court at whose discretion the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

　　　/s/Jackeline Martinez_____
　　　Jackeline Martinez