UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 17-8377-DOC (GJSx)          Date: October 15, 2018

Title: IN RE MARK ELIAS CRONE

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING IN PART APPELLEE'S MOTION FOR ATTORNEY FEES [32]**

    Before the Court is Appellee Gary Gorham's ("Appellee") Motion for Attorney Fees ("Motion") (Dkt. 32). The Court heard oral argument on October 15, 2018 (Dkt. 38). For the reasons stated on the record, the Court GRANTS IN PART Appellee's Motion and AWARDS him his appellate fees and costs in the amounts of $42,445.00 and $302.00 respectively, for a total of $42,747.00

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                               :Initials of Deputy Clerk: djl