Name, Address, and Phone Number of Attorney(s):
Scott J. Tepper (CA SB# 51693)
Garfield & Tepper, A Partnership of Prof. Corporations
11333 Iowa Avenue, Los Angeles, CA 90025-4214
Tel: (310) 277-1981 ● Fax: (818) 225-5350
Attorneys for Judgment Creditor Gary Gorham

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Mark Elias Crone Bankruptcy**<br><br>**Jeffrey A. Rinde and CKR Global Advisors, Inc.,**<br><br>　　　　　　Plaintiffs-Appellants-Judgment Debtors<br><br>　　　　　　v.<br><br>**Gary Gorham,**<br><br>　　　　　　Defendant-Appellee-Judgment Creditor | CASE NUMBER<br><br>2:17-CV-08377-DOC (GJSx)<br><br>(~~PROPOSED~~) ORDER TO APPEAR FOR EXAMINATION OF ☐ JUDGMENT DEBTOR or ☒ THIRD PERSON RE:<br>☒ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person) |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application be ☒ **GRANTED**   ☐ **DENIED.**

**TO**: ____CKR Law, LLP, a California limited liability partnership____
　　　　*(Name of Person Ordered to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before the Honorable __Gail J. Standish, U.S. Magistrate Judge__, to:

- ☐ furnish information to aid in enforcement of a money judgment against you.
- ☒ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- ☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.
- ☒ furnish information to aid in enforcement of a money judgment against the judgment debtor.
- ☐ furnish information to aid in enforcement of a right to attach order against the defendant.

**Date of appearance**: __January 16, 2018__   **Courtroom:** __640__   **Time:** __10:00__ a.m.

**Location of Appearance**:
　☐ First Street Courthouse, 350 West 1st Street, Los Angeles, CA
　☒ Roybal Courthouse, 255 E. Temple Street, Los Angeles, CA
　☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA
　☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: ____Scott J. Tepper____
　　　　*(Name of Appointed Process Server)*

Date: __November 8, 2018__

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Gail J. Standish_
　　　　　　　　　　　　　　　　　　　　　　　　　Gail J. Standish, U.S. Magistrate Judge

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

NOTICE TO JUDGMENT DEBTOR:   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON
(ENFORCEMENT OF JUDGMENT - CALIFORNIA C.C.P. SECTION 708.120)**

(1)   NOTICE TO PERSON SERVED:   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2)   NOTICE TO JUDGMENT DEBTOR:   The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt.   This property or debt is as follows (*Clearly describe the property or debt. Print or type the description.   Use an additional sheet of paper, if necessary.*):

Money owed or to be paid to Jeffrey A. Rinde as managing partner of CKR Law, LLP; any partnership draws or profits owed or paid to Jeffrey A. Rinde as managing partner of CKR Law, LLP; any monetary distributions of any kind owed or paid to Jeffrey A. Rinde as managing partner of CKR Law, LLP; any payments of the expenses of Jeffrey A. Rinde as managing partner of CKR Law, LLP; the partnership interest of Jeffrey A. Rinde as managing partner of CKR Law, LLP.

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

**APPEARANCE OF A THIRD PERSON (ATTACHMENT - CALIFORNIA C.C.P. SECTION 491.110)**

NOTICE TO PERSON SERVED:   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP,
ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined:   officers, directors, managing agents, or other persons who are familiar with your property and debts.