1 | Scott J. Tepper (SB # 51693)
  | scottjtepper@msn.com
2 | GARFIELD & TEPPER
  | A Partnership of Professional Corporations
3 | 11333 Iowa Avenue
  | Los Angeles, California  90025-4214
4 | Tel.: (310) 277-1981  ●  Fax: (818) 225-5350

5 | Attorneys for Judgment Debtor Gary Gorham

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 2:17-cv-08377-DOC (GJSx) |
| MARK ELIAS CRONE, | Assigned to Judge Hon. David O. Carter |
| Debtor. | Case No. 2:17-bk-12392-BR |
| _____ | Chapter 7 |
| JEFFREY A. RINDE and CKR GLOBAL ADVISORS, INC., | Bankruptcy Judge Barry Russell |
| | Adv. No. 2:17-ap-01289-BR |
| Plaintiffs-Appellants-Judgment Debtors, | EX PARTE APPLICATION FOR A CORRECTED ORDER FOR THE APPEARANCE AND EXAMINATION OF CKR LAW, LLP RE: ENFORCEMENT OF JUDGMENT, BY DECLARATION OF SCOTT J. TEPPER |
| v. | |
| GARY GORHAM. | |
| Defendant-Appellee-Judgment Creditor. | (Local Rule 69.1; Rule 69(a), F.R.Civ.P. and C.C.P. § 708.120(a)) |
| _____ | |

Scott J. Tepper declares:

1.  I am the attorney for Gary Gorham, judgment creditor in the within action. I make this declaration as Mr. Gorham's ex parte application for the issuance of a corrected Order to CKR Law, LLP, a California limited liability partnership, to appear for examination as a third person in aid of enforcement of a judgment against

1

1. judgment debtor Jeffrey A. Rinde. A copy of the proposed Order (Form CV-4P) is lodged concurrently with the filing of this Application.

2. This application is made, pursuant to Local Rule 69.1, to Magistrate Judge Gail J. Standish, the assigned Magistrate Judge. It is made ex parte pursuant to C.C.P. § 708.120(a), as incorporated by Rule 69(a), F.R.Civ.P.

3. On November 8, 2018, this Court previously issued an Order for the Appearance of CKR Law, LLP, with an appearance date of January 16, 2018. (See ECF No. 41.) Unfortunately, that Order contained a typographical error – 2018 rather than 2019. Hence, undersigned counsel requests that a new Order issue, with a date in 2019.

4. Because service of the new Order will have to be made on CKR Law, LLP's agent for service of process, undersigned counsel requests a date in February, March or April 2019, *excluding* the following dates when I am in arbitration or trial: February 5-7, 2019 (FINRA arbitration); March 18-April 3, 2019 (L.A. Superior Court jury trial).

5. Judgment debtor seeks information concerning money owed or to be paid to Jeffrey A. Rinde as managing partner of CKR Law, LLP; any partnership draws or profits owed or paid to Jeffrey A. Rinde as managing partner of CKR Law, LLP; any monetary distributions of any kind owed or paid to Jeffrey A. Rinde as managing partner of CKR Law, LLP; the partnership interest of Jeffrey A. Rinde as managing partner of CKR Law, LLP. (This description is made in this declaration in order to comply with California C.C.P. § 708.120(c) and lien any further payments from CKR Law, LLP to Mr. Rinde.)

6. There has been one change of circumstance to disclose to the Court. On December 12, 2018, plaintiffs wired to undersigned counsel's client trust account the sum of $43,000, purporting to pay the award, including interest, issued by Judge Carter on October 15, 2018. Plaintiffs' counsel directed any balance to be applied to the obligation arising from the award by Bankruptcy Court Judge Russell, issued on

1  November 1, 2017.  The total amount due on December 12, 2018 was $130,197.73.

2      7.    The amount currently due from the judgment debtors is $87,197.73, including accrued interest as of the date of the execution of this declaration. (This does not include additional costs and fees for enforcement of judgment which will be the subject of a motion and order pursuant to law at the appropriate time.)

    8.    Once the Court has issued the new Order I will advise CKR law, LLP that the Order for Appearance for January 16, 2019 is off calendar and I will serve the or cause to be served the new Order for Appearance.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration is executed this 12th day of December 2018.

                      /s/ *Scott J. Tepper*
                      SCOTT J. TEPPER