POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): CA State Bar #51693<br>Scott J. Tepper<br>Garfield & Tepper, A Partnership of Professional Corporations<br>11333 Iowa Avenue<br>Los Angeles, CA 90025-4214<br>TELEPHONE NO: 310-277-1981   FAX NO. (Optional) 818-225-5350<br>E-MAIL ADDRESS (Optional): scottjtepper@msn.com<br>ATTORNEY FOR (Name): Judgment Creditor Gary Gorham | FOR COURT USE ONLY |

UNITED STATES DISTRICT COURT
STREET ADDRESS: CENTRAL DISTRICT OF CALIFORNIA
MAILING ADDRESS: 255 E. Temple Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME:

PLAINTIFF/PETITIONER: In re Mark Elias Crone // Jeffrey A. Rinde, et al.

DEFENDANT/RESPONDENT: Gary Gorham

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>2:17-CV-08377-DOC (GJSx) |

TO (insert name of party being served): CKR Law, LLP by serving Mark E. Crone, its agent for service of process

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: emailed: December 14, 2018

SCOTT J. TEPPER
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):

1. ☐ A copy of the summons and of the complaint.
2. ☑ Other (specify):

   (1) Ex Parte Application for a Corrected Order for the Appearance and Examination of CKR Law, LLP re: Enforcement of Judgment by Declaration of Scott J. Tepper
   (2) Order to Appear for Examination of Third Person re: Enforcement of Judgment; and
   (3) Subpoena to Produce Documents.

(To be completed by recipient):

Date this form is signed: December 17, 2018

Mark E. Crone, agent for service for CKR Law, LLP
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1
Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]
NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL
Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov