**J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056**
*jfriedman@flg-law.com*
**MICHAEL SOBKOWIAK, ESQ., State Bar No. 242718**
*msobkowiak@flg-law.com*

**FRIEDMAN LAW GROUP, P.C.**
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

Attorneys for Appellants
JEFFREY A. RINDE, and CKR GLOBAL
ADVISORS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 2:17-cv-08377-DOC (GJSx) |
| MARK ELIAS CRONE, | Case No. 2:17-bk-12392-BR |
| | Chapter 7 |
| Debtor. | Hon. Barry Russell |
| ———————————————— | Adv. No. 2:17-ap-01289-BR |
| JEFFREY A. RINDE and CKR GLOBAL ADVISORS, INC., | **NOTICE OF LODGING REVISED ORDER APPROVING STIPULATION BY THE PARTIES FOR STAY OF DISCOVERY; FOR TAKING OF THE ORDER FOR APPEARANCE OF CKR LAW, LLP OFF CALENDAR; FOR PAYMENT, PENDING CONSUMMATION OF SETTLEMENT; FOR ACKNOWLEDGMENT OF THE VALIDITY OF LIEN** |
| Appellants, | |
| v. | |
| GARY GORHAM, | |
| Appellee. | |
| ———————————————— | |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the recommendation by the Court, Appellants Jeffrey A. Rinde and CKR Global Advisors, Inc. have revised and re-submitted the *Order Approving Stipulation by the Parties for Stay Of Discovery; for Taking of the Order for Appearance of CLR Law, LLP Off Calendar; for Payment, Pending Consummation of Settlement; for Acknowledgment of the Validity of Lien,* originally lodged on January 17, 2019, to include a revised signature line for the Hon. Judge David O. Carter. A true and correct copy of the revised Order submitted on today's date is attached hereto.

Dated: January 18, 2019            **FRIEDMAN LAW GROUP, P.C.**

By: _____
J. Bennett Friedman
Michael Sobkowiak
Attorneys for Jeffrey A. Rinde and CKR
Global Advisors, Inc.