**EJ-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
|---|---|
| After recording, return to:<br>Scott J. Tepper (CA SB # 51693)<br><br>11333 Iowa Avenue<br>Los Angeles, CA 90025-4214<br><br>TEL NO.: 310-359-3271   FAX NO. (optional): 818-225-5350<br>E-MAIL ADDRESS (Optional):   scottjtepper@msn.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**UNITED STATES DISTRICT COURT -**
**CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 255 E Temple St.
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Roybal Courthouse

PLAINTIFF: In re Mark Elias Crone Bankruptcy - Jeffrey A. Rinde, et al.
DEFENDANT: Gary Gorham

CASE NUMBER:
2:17-CV-08377-DOC (GJSx)
Bankruptcy court no: 2:17-ap-01289-BR

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [X] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of (date):

2. Full name and address of judgment creditor:*
   Gary Gorham, c/o Scott J. Tepper, 11333 Iowa Ave., Los Angeles, CA 90025-4214

3. Full name and address of assignee of record, if any:
   None

4. Full name and address of judgment debtor being fully or partially released:*
   Jeffrey A. Rinde and CKR Global Advisors, Inc. 1330 Avenue of the Americas, 14th Flr., New York, NY 10019

5. a. Judgment entered on (date): $85,900.32 on 11-1-17 in 2:17-ap-01289-BR and $42,747.00 on 10-15-18 in 2:17-cv-8377-DOC (GJSx)
   b. [ ] Renewal entered on (date):

6. [ ] An   [ ] abstract of judgment   [ ] certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| | | |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: April 1, 2019

▶ /s/ Scott J. Tepper
(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060,
724.120, 724.250